

**GEORGIA M. PESTANA**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
phone: (212) 356-0886
fax: (212) 356-1148
pfrank@law.nyc.gov

January 14, 2022

**BY ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

      Re: *Y.S. v. New York City Department of Education,* 21-CV-5878 (JPC)

Your Honor:

      I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendant New York City Department of Education (DOE) in the above-referenced matter, in which by Stipulation and Order dated December 9, 2021 (ECF No. 41), the parties settled all of Plaintiff's claims with the exception of attorneys' fees.

      I write to respectfully request a brief, three-day extension of time for the parties to file their joint status letter regarding the progress of the resolution of the remaining issue of fees and whether a referral to the magistrate judge would be appropriate. *See* ECF Minute Entry, dated December 9, 2021. Counsel for Plaintiff consents to this request, and this is the first such request for an extension.

      By Order dated December 9, 2021, Your Honor directed the parties to file a joint status letter by January 17, 2022, addressing the progress of the resolution of the remaining issue of attorneys' fees and whether a referral to the magistrate judge would be appropriate. Thereafter, counsel for Plaintiff provided me with a detailed, 14-page set of time records and settlement demand. I have evaluated Plaintiff's time records and settlement demand and have requested authority from my client to resolve the matter.

      The primary reason for the requested enlargement is to afford my client the opportunity to complete its review of my request for settlement authority, in light of the fact that the current deadline for the parties to file the joint status letter, January 17, 2022, is a national holiday. The extension of time, therefore, will enable me to receive settlement authority from my

client and provide Plaintiff with a confidential ordered information page to the parties drafting of the joint status letter.

      Accordingly, Defendant respectfully requests that the Court grant a brief, three-day extension of time, from January 17, 2022 until January 20, 2022, for the parties to file their joint status letter regarding the progress of the resolution of the remaining issue of fees.

I thank the Court for its consideration of the within request.

      Respectfully submitted,

      /s/

      Philip S. Frank
      Assistant Corporation Counsel

cc:    All counsel of record (via ECF)

This request is granted. The parties shall file a joint status letter regarding the progress of the resolution of the remaining issue of fees by January 20, 2022.

SO ORDERED.
Date: January 18, 2022
New York, New York

      JOHN P. CRONAN
      United States District Judge