

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **PHILIP S. FRANK**<br>phone: (212) 356-0886<br>fax: (212) 356-1148<br>pfrank@law.nyc.gov |

May 16, 2022

**BY ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  *Y.S. v. New York City Department of Education,* 21-CV-5878 (JPC)

Your Honor:

        I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendant New York City Department of Education ("DOE") in the above-referenced matter, in which by Stipulation and Order dated December 9, 2021 (ECF No. 41), the parties settled all of Plaintiff's claims with the exception of attorneys' fees.

        I write to respectfully request a 30-day-extension of time for Defendant to file its opposition papers to Plaintiff's motion for attorneys' fees and a corresponding extension of time for Plaintiff to file any reply papers. This is the second such request for an extension. Counsel for Plaintiff, Benjamin Kopp, Esq., consents to this request.

        The reason for the requested enlargement is that I have been out sick this past week as my entire family and I have gotten COVID-19, and one family member has recently developed serious complications as a result of COVID.

        Accordingly, Defendant respectfully requests, on consent, that the Court grant: (1) an extension of time, from today until June 15, 2022, for Defendant to file its opposition papers to Plaintiff's motion for attorneys' fees; and (2) a corresponding extension of time, from May 31, 2022, until June 30, 2022, for Plaintiff to file any reply papers.

- 2 -

I thank the Court for its consideration of the within request.

Respectfully submitted,

/s/

Philip S. Frank
Assistant Corporation Counsel

cc:  All counsel of record (via ECF)

The request is granted. Defendant shall oppose the motion for attorneys' fees by June 15, 2022, and Plaintiff shall reply by June 30, 2022.

SO ORDERED.
Date: May 17, 2022
     New York, New York

JOHN P. CRONAN
United States District Judge

- 2 -