```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
Y.S.,                                                                  :
                                                                       :
                              Plaintiff,                               :
                                                                       :       21 Civ. 5878 (JPC)
                -v-                                                    :
                                                                       :              ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                                 :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a telephonic conference on September 19, 2023, at 10:00 a.m., at which the Court will address Plaintiff's pending motion for an order granting attorneys' fees, costs, and interest. *See* Dkt. 48. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: August 25, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge