UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
Y.S.,                                                                  :
:
Plaintiff,                                        :
:      21 Civ. 5878 (JPC)
-v-                                                 :
:      ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
:
Defendant.                                        :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 18, 2023, the Court set a briefing schedule for any renewed motion for attorneys' fees and costs to be filed by Plaintiff. Dkt. 76. In accordance with that schedule, on September 29, 2023, Plaintiff filed a renewed motion for attorneys' fees and costs. Dkts. 78-81. Defendant previously filed an opposition to Plaintiff's prior motion. Dkts. 56-58. In its September 28, 2023 Order, the Court directed that, in the event Defendant wished to file an additional opposition to Plaintiff's renewed motion, such filing was due by October 13, 2023. Dkt. 76. No further opposition has been filed. If Defendant does not file an additional opposition by October 17, 2023, the Court will assume that Defendant relies on its previously filed opposition.

SO ORDERED.

Dated: October 16, 2023
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge