UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
Y.S.,                                                             :
                                                                  :
                               Plaintiff,                         :
                                                                  :     21 Civ. 5878 (JPC)
           -v-                                                    :
                                                                  :     ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                            :
                                                                  :
                               Defendant.                         :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 18, 2023, the Court set a briefing schedule for any renewed motion for attorneys' fees and costs to be filed by Plaintiff. Dkt. 76. In accordance with that schedule, on September 29, 2023, Plaintiff filed a renewed motion for attorneys' fees and costs. Dkts. 78-81. Defendant previously filed an opposition to Plaintiff's prior motion. Dkts. 56-58. In its September 28, 2023 Order, the Court directed that, in the event Defendant wished to file an additional opposition to Plaintiff's renewed motion, such filing was due by October 13, 2023. Dkt. 76. No further opposition has been filed. On October 16, 2023, the Court directed that if Defendant did not file an additional opposition by October 17, 2023, the Court would assume that Defendant relies on its previously filed opposition papers. *See* Dkts. 56-58. Defendant filed no additional opposition, so the Court assumes that Defendant intends to rely on its previously filed opposition papers, and the motion is therefore fully briefed.

The parties shall appear for a telephonic conference on December 6, 2023, at 10:00 a.m., at which the Court will address Plaintiff's pending motion for an order granting attorney's fees, costs, and interest. *See* Dkts. 78-83. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: October 26, 2023
       New York, New York

                                                     _____
                                                     JOHN P. CRONAN
                                                     United States District Judge