UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Y.S., individually and no behalf of S.F., a child with a       :
disability,                                                                    :
:
:
                    Plaintiff,                      :         21 Civ. 5878 (JPC)
:
     -v-                                           :          JUDGMENT
:
:
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
:
                  Defendant.            :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record at the remote conference held before this Court on December 6, 2023, concerning Plaintiff's motion for attorneys' fees following resolution of the substantive claims in this action, Plaintiff is entitled to $24,812.63 in attorneys' fees and $411.10 in costs, for a total of $25,223.73, plus post-judgment interest thereupon at the applicable statutory rate pursuant to 28 U.S.C. § 1961. The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: January 10, 2024
       New York, New York                                    JOHN P. CRONAN
                                                    United States District Judge