UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                           :

Y.S.,                                           :

                                 :

                  Plaintiff,         :

                                 :                      21 Civ. 5878 (JPC)

          -v-                          :

                                 :                      <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                 :

                  Defendant.     :

                                 :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 9, 2024, Plaintiff appealed from this Court's judgment, which was issued on January 10, 2024.  *See* Dkts. 92-93.  On April 18, 2024, the Second Circuit remanded that appeal for further proceedings in this Court following the Second Circuit's decision in *Y.G. v. New York City Department of Education*, No. 22-1184(L).  The instant matter is stayed pending the Second Circuit's decision in that case.  Within two weeks of the Second Circuit's decision, the parties shall provide in a joint status letter their respective views on any impact that decision may have on this case.

      SO ORDERED.

Dated: May 1, 2024
      New York, New York

                                              JOHN P. CRONAN
                                     United States District Judge